```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                      SAVANNAH DIV.
    IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF GEORGIA            2006 APR 12  PM 2:52
              WAYCROSS DIVISION
                                                    CLERK_____
                                                    SO. DIST. OF GA.
```

JAMES EDWARD ODETT,

    Plaintiff,

vs.                                  CIVIL ACTION NO.: CV504-031

CAROL COATS,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's unopposed Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 12th day of April, 2006.

                                            WILLIAM T. MOORE, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)